# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136982

GWENDOLYN MINGO, CITIZENS OF BRUSH
PARK, REVEREND MARY GAUSE, WARREN
GAITHER, DOROTHY ROBINSON, MARCIA
BURNETTE NICHOLS, PATTY BURNETTE
JONES, and ANDREW J. BURNETTE, JR.,
        Plaintiffs-Appellants,

and

BRUSH PARK CITIZENS DISTRICT COUNCIL,
KEITH NOBLE, LEON THOMAS, RUTH
DIGGS, QUENTIN MINGO, ERNESTINE
NOBLE, DEACON LEON THOMAS, MARILYN
REED, GRACE DAVIS, DR. BARBARA
WOMACK, FAYE DAVIS, MABEL NORA,
REVEREND VELMA ROSEMUND, DOUGLAS
FULLER, FRANK FULLER, ANNIE JACKSON,
NATHANIEL JACKSON, and REVEREND ORA
MARIE CLAY,
        Plaintiffs,

v

CITY OF DETROIT,
        Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136982
COA: 277403
Wayne CC: 00-013030-CZ

_____/

On order of the Court, the application for leave to appeal the June 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

s1117